UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NUMBER: |
| WAVE ENERGY, INC. | § | |
| | § | 09-34577-H2-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

## NOTICE OF ISSUANCE OF SUBPOENA
## FOR THE PRODUCTION OF DOCUMENTS TO JAMES A. WHITSON, JR.

Pursuant to BLR 2004(d), Robert E. Ogle, Liquidating Trustee ("Trustee") of the Wave Energy Liquidating Trust, files this Notice of Issuance of Subpoena for the Production of Documents to James A. Whitson, Jr. The Trustee served the subpoena attached hereto as Exhibit "1" on James A. Whitson, Jr. on June 9, 2011, by personal service.

DATED: June 14, 2011

Respectfully submitted,

THOMPSON & KNIGHT LLP

By: ___/s/ Matthew R. Reed_____
Randy W. Williams
Texas Bar No. 21566850
Randy.Williams@tklaw.com
Matthew R. Reed
Texas Bar No. 24046693
Matt.Reed@tklaw.com
B. Ransdell Sawyer
Texas Bar No. 24070557
Randy.Sawyer@tklaw.com

Three Allen Center
333 Clay St., Suite 3300
Houston, TX 77002-4499
Telephone: 713-654-8111
Fax: 713-654-1871

**COUNSEL FOR ROBERT E. OGLE,
LIQUIDATING TRUSTEE**

**CERTIFICATE OF SERVICE**

      I certify that a true copy of the foregoing notice was served upon all parties of record in this case receiving service by and through the Court's ECF PACER system, and on the parties listed below by first class mail on June 14, 2011.

    James A. Whitson, Jr.
    7660 Woodway, Suite 312
    Houston, Texas 77063

    Ronald J. Sommers
    c/o John M. Zukowski
    Zukowski Bresenhan & Sinex, L.L.P.
    1177 West Loop South, Suite 1100
    Houston, Texas 77027

    Randall A. Rios
    Munsch Hardt Kopf & Harr, P.C.
    700 Louisiana Street, Suite 4600
    Houston, Texas 77002

    Ed Junell
    Kyle Weynand
    Schwartz, Junell, Greenberg & Oathout, LLP
    Two Houston Center
    909 Fannin Street, Suite 2700
    Houston, Texas 77010

    H. Miles Cohn
    Sheiness, Scott, Grossman & Cohn, L.L.P.
    1001 McKinney, Suite 1400
    Houston, Texas 77002

    */s/ Matthew R. Reed*
    Matthew R. Reed