UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: Wave Energy Inc.  Petition Date: 7/1/2009
(Wave Energy Liquidating Trust) Confirmation Effective Date: 8/4/2010
CASE NUMBER: 09-34577-H2-11

MONTHLY OPERATING REPORT:   YEAR: 2011   August

| PERIOD | January 2011 | February 2011 | March 2011 | April 2011 | May 2011 | June 2011 | July 2011 | August 2011 | Case To Date |
|---|---|---|---|---|---|---|---|---|---|
| REVENUES ( NOTE 1 ) | $ 140,615 | $ 133,690 | $ 156,348 | $ 134,468 | $ 120,357 | $ 120,312 | $ 115,441 | $ 104,597 | $ 16,963,563 |
| INCOME BEFORE INT. DEPREC./TAX | $ 11,116 | $ (21,665) | $ 77,217 | $ 38,222 | $ (71,786) | $ (36,038) | $ 34,411 | $ 34,061 | $ 333,134 |
| NET INCOME (LOSS) (MOR-6) | $ 33,076 | $ 12,105 | $ 426,691 | $ 44,969 | $ (64,644) | $ (29,329) | $ 41,292 | $ 40,831 | $ 5,154,327 |
| PAYMENTS TO INSIDERS (MOR-9) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 10,000 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | $ 543,646 | $ 122,380 | $ 55,049 | $ 58,071 | $ 79,092 | $ 132,495 | $ 55,337 | $ 44,340 | $ 5,553,108 |
| TOTAL DISBURSEMENTS (MOR-7) | $ 586,389 | $ 122,534 | $ 1,258,988 | $ 96,246 | $ 121,705 | $ 156,350 | $ 81,030 | $ 70,536 | $ 24,854,124 |

Total Quarterly Disbursements       $ 1,967,911          $ 374,301

***The original of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

REQUIRED INSURANCE MAINTAINED
AS OF SIGNATURE DATE       EXP.
   See attachment 2                DATE

Liquidating Trustee Bond   YES (x) NO ( )  12 - 8 - 11

ATTORNEY NAME: Randy Williams
FIRM: Thompson & Knight LLP
ADDRESS: 1200 Smith St., Suite 3600
ADDRESS: 33rd Floor
CITY, STATE ZIP: Houston, TX 77002
TELEPHONE: 713-654-8111

MOR-1

Are all accounts receivable being collected within terms?  Yes, for Post Petition Receivables.
Are all post-petition liabilities, including taxes, being paid with terms?  Yes
Have any pre-petition liabilities been paid? Yes, prior to order for relief, and pursuant to Confirmed Plan.
Are all funds received being deposited into DIP bank accounts?  Yes
If so, describe _____

What is the status of your Plan of Reorganization?
A Plan of Reorganization was confirmed on Wednesday, August 4, 2010.

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR) is true and correct.

_____ Signed
(ORIGINAL SIGNATURE)

Robert E Ogle, Trustee                  Title
Title and Date

NOTE 1 - Wave Energy is a oil and gas company.
   In September 2010 the assets of Wave Energy were transferred to Wave Energy Liquidating Trust
   This Monthly Operating Report combines the activities for Wave Energy and Wave Energy Liquidating Trust in September 2010
   Activity for the period prior to December 2010 are not shown on this schedule for presentation purposes

Case Name: **Wave Energy Inc.**                                              Case Number: **09-34577-H2-11**

## SUMMARY OF COVERAGES

| No. | Type of Insurance | Amount / Limits | Insurance Co. | Term | Expires | Annual Premium |
|---|---|---|---|---|---|---|
| 1 | Trustee Bond | $5,800,000.00 Limit | Hartford Fire Insurance Company and Hartford Casualty Insurance | 1 Year | 12/8/2011 | $11,600.00 |

**MOR-1 ATTACHMENT 2**

Case Number: 09-34577-H2-11    MOR 2 - 3

## Wave Energy Liquidating Trust
### Consolidated Balance Sheet
As of
(Unaudited)

| ASSETS | | January 2011 | February 2011 | March 2011 | April 2011 | May 2011 | June 2011 | July 2011 | July 2011 |
|---|---|---|---|---|---|---|---|---|---|
| Current Assets: | | | | | | | | | |
|   Cash and cash equivalents | | $3,717,755 | $3,712,325 | $2,795,651 | $2,923,953 | $3,012,642 | $3,066,646 | $3,191,271 | $3,315,436 |
|   Receivables, net | | | 100,869 | 0 | | | | | |
|   Loan - Yoseph Deres | | 80,000 | 80,000 | 80,000 | 80,000 | 10,000 | 10,000 | 10,000 | 10,000 |
|   Prepaid expenses and Deposits | | | | | | | | | |
| Total current assets | | 3,797,755 | $3,893,194 | $2,875,651 | $3,003,953 | $3,022,642 | $3,076,646 | $3,201,271 | $3,325,436 |
|   Oil and Gas real property | | 5,227,000 | 5,227,000 | 5,227,000 | 5,227,000 | 5,227,000 | 5,227,000 | 5,227,000 | 5,227,000 |
|   Investments- Dennis Stallings/Aerobus | | 0 | 0 | 0 | | | | | |
| A   Note Receivable - FCI Swan Settlement | | 1,000,000 | 916,667 | 833,334 | 750,000 | 666,667 | 583,333 | 500,000 | 416,667 |
| Total assets | | $ 10,024,756 | $10,036,861 | $8,935,984 | $8,980,953 | $8,916,308 | $8,886,979 | $8,928,271 | $8,969,102 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | | | | | | | | |
|   Administrative Claims Accrual | | 0 | 0 | 0 | | | | | |
|   Natural Gas Tax | | (0) | (0) | (0) | | | | | |
|   Working Interest Owner share of Net Revenue | | 0 | 0 | 0 | | | | | |
|   Unknown Royalty Owners | | 1,527,568 | 1,527,568 | (0) | | | | | |
|   Vendor and M&M lien claims | | 602,778 | 602,778 | 602,778 | 602,778 | 602,778 | 602,778 | 602,778 | 602,778 |
|   Unsecured Priority Claims | | (0) | (0) | (0) | | | | | |
| Total Liabilities | | 2,130,346 | 2,130,346 | 602,778 | 602,778 | 602,778 | 602,778 | 602,778 | 602,778 |
| Stockholders' equity: | | | | | | | | | |
|   Equity | | | | | | | | | |
| B   Distribution from Wave Energy Inc. | | 7,326,938 | 7,326,938 | 7,326,938 | 7,326,938 | 7,326,938 | 7,326,938 | 7,326,938 | 7,326,938 |
|   Accumulated net income (loss) | | 567,472 | 579,578 | 1,006,268 | 1,051,237 | 986,593 | 957,263 | 998,556 | 1,039,387 |
| Total stockholders' equity | | 7,894,410 | 7,906,515 | 8,333,206 | 8,378,175 | 8,313,530 | 8,284,201 | 8,325,493 | 8,366,324 |
| Total liabilities and equity | | $ 10,024,756 | $ 10,036,862 | $ 8,935,984 | $ 8,980,953 | $ 8,916,308 | $ 8,886,979 | $ 8,928,271 | $ 8,969,102 |

Note:   These schedules were not prepared in accordance with Generally Accepted Accounting Principals.

    These schedules were prepared using a US Trustee Office Format.
- A  Pursuant to the Mediation Settlement the FCI Swan Class was settled and FCI Swan issued a $2.0 million note,secured by the Production Payments.
- B  In September 2010 the assets of Wave Energy Inc were transferred to the Wave Energy Liquidating Trust pursuant to a confirmed Plan of Reorganization.
    The estimated value of Wave's working Interest is a estimate and subject to further review and revision.

MOR 2 - 3

CASE NAME: Wave Energy Inc./ WAVE ENERGY LIQUIDATING TRUST                                                                                              MOR 6

STATEMENT OF INCOME (LOSS) - UNAUDITED

| MONTH | Jan 2011 | Feb 2011 | Mar 2011 | Apr 2011 | May 2011 | June 2011 | July 2011 | August 2011 | Case to Date |
|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) : revenue receipt month | $140,615 | $133,690 | $156,348 | $134,468 | $120,357 | $120,312 | $115,441 | $104,597 | $2,341,563 |
| TOTAL COST OF REVENUES: | | | | | | | | | |
| Royalties paid or suspended | | | | | | | | | 194,600 |
| Natural Gas Taxes | 10,572 | 9,987 | 11,735 | 10,076 | 9,044 | 9,038 | 8,659 | 7,853 | 174,548 |
| Accrual for unfunded Unknown Royalty Owners | | | | | | | | | 64,867 |
| Lease Operating Expenses | 21,770 | 22,834 | 12,347 | 21,599 | 20,804 | 14,817 | 10,989 | 15,919 | 237,070 |
| Working Interest Owners | | | | | | | | | 487,406 |
| GROSS PROFIT | $108,273 | $100,869 | $132,266 | $102,793 | $90,509 | $96,457 | $95,793 | $80,826 | $1,183,073 |
| OPERATING EXPENSES: | | | | | | | | | |
| Selling, General & Administrative | $10,400 | $154 | | $6,500 | $12,765 | | $1,170 | $799 | $85,072 |
| Insiders Compensation (MOR-9) | | | | | | | | | 0 |
| Professional Fees | 89,756 | 122,380 | 55,049 | 54,540 | 77,569 | 126,995 | 49,236 | 44,340 | 1,658,605 |
| Other | (3,000) | | | 3,531 | 71,961 | 5,499 | 10,976 | 1,625 | 90,592 |
| | | | | | | | | | 0 |
| TOTAL OPERATING EXPENSE | $97,156 | $122,534 | $55,049 | $64,571 | $162,295 | $132,495 | $61,382 | $46,764 | $1,834,270 |
| INCOME BEFORE INT. DEPR/TAX (MOR-1) | $11,116 | ($21,665) | $77,217 | $38,222 | ($71,786) | ($36,038) | $34,411 | $34,061 | ($651,197) |
| INTEREST EXPENSE (includes amort of debt fees) | | | | | | | | | 0 |
| DEPRECIATION | | | | | | | | | 0 |
| OTHER (INCOME) EXPENSES | (21,960) | (33,771) | (1,764) | (1,746) | (2,142) | (1,709) | (1,882) | (1,770) | (1,316,516) |
| OTHER ITEMS | | | (347,711) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (374,069) |
| TOTAL INT. DEPR & OTHER ITEMS | ($21,960) | ($33,771) | ($349,475) | ($6,746) | ($7,142) | ($6,709) | ($6,882) | ($6,770) | ($1,690,585) |
| NET INCOME BEFORE TAXES | $33,076 | $12,105 | $426,691 | $44,969 | ($64,644) | ($29,329) | $41,292 | $40,831 | $1,039,388 |
| INCOME TAXES  ( Sub Chapter S Company ) | | | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | $33,076 | $12,105 | $426,691 | $44,969 | ($64,644) | ($29,329) | $41,292 | $40,831 | $1,039,388 |

Notes:

| Production Month | Dec-10 | Jan-11 | Feb 2011 | Mar 2011 | Apr 2011 | May 2011 | June 2011 | July 2011 |
|---|---|---|---|---|---|---|---|---|
| Production in MMcf | 193,941 | 223,725 | 186,761 | 189,731 | 166,909 | 160,147 | 142,697 | 130,362 |
| Production In MMcf/day | 6,256 | 7,217 | 6,670 | 6,120 | 5,384 | 5,166 | 4,757 | 4,205 |
| Gas Production Sales Proceeds | $ 666,157 | $ 774,473 | $ 655,047 | $ 591,849 | $ 593,907 | $ 568,682 | $ 514,950 | $ 476,738 |
| Sales Price per MCF | $3.43 | $3.46 | $3.51 | $3.12 | $3.56 | $3.55 | $3.61 | $3.66 |
| Ave. Natural Gas Prices Nationally | $3.96 | $4.08 | $4.23 | $3.90 | $3.98 | $4.12 | $4.19 | |

http://www.eia.doe.gov/oil_gas/natural_gas/data_publications/natural_gas_monthly/ngm.html
Activity for the period prior to December 2010 are not shown on this schedule for presentation purposes

MOR-6

CASE NAME: Wave Energy Inc.

## WAVE ENERGY LIQUIDATING TRUST

CASE NUMBER: 09-34577-H2-11

| Monthly Operating Report | Jan 2011 | Feb 2011 | Mar 2011 | Apr 2011 | May-11 | Jun-11 | Jul-11 | Aug-11 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $4,058,236.00 | $3,717,755.46 | $3,712,325.50 | $2,795,650.62 | $2,923,952.66 | $3,012,641.66 | $3,066,645.72 | $3,191,271.43 | $0.00 |
| **Sources of Cash** | | | | | | | | | |
| Cash In Certificate of Deposits | | | | | | | | | $0.00 |
| Receipts for Unknown Royalty Suspense Fund | $19,317.00 | $19,317.00 | | | | | | | $96,585.00 |
| Receipt of Club De Pato Settlement Funds | | | | | | | | | $1,324,259.59 |
| interest Income | $2,006.65 | $2,315.60 | $1,763.71 | $1,746.41 | $1,703.84 | $1,708.60 | $1,881.75 | $1,769.52 | $30,013.58 |
| Miscellaneous Receipts | $636.24 | $12,137.99 | $100,868.65 | $5,000.03 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $141,088.41 |
| Note Payment Receipts | $83,333.33 | $83,333.33 | $83,333.33 | $83,333.33 | $83,333.33 | $83,333.33 | $83,333.33 | $83,333.33 | $999,999.96 |
| Gas Production Revenue | $140,614.99 | | $156,347.82 | $134,467.94 | $120,357.20 | $120,312.06 | $115,440.77 | $104,597.32 | $2,207,873.43 |
| Total Sources of Cash | $245,908.21 | $117,103.92 | $342,313.51 | $224,547.71 | $210,394.37 | $210,353.99 | $205,655.85 | $194,700.17 | $4,799,819.97 |
| **Uses of Cash:** | | | | | | | | | |
| Bank Fees | | | | | | | | | $60.51 |
| US Trustee Quarterly Fees | $10,400.00 | | | $6,500.00 | | | $4,875.00 | $1,625.00 | $33,800.00 |
| US Trustee Bond | | | | | | | | | $0.00 |
| Distributions to Working Interest Owners | | | | | | | | | $573,146.25 |
| Distribution to Unknown Royalty Owners/White Oak | | | $1,179,857.35 | | | | | | $1,179,857.35 |
| Priority Claims | | | | | | | | | $308,104.09 |
| Professional fees and Retainer | $84,453.10 | $122,379.85 | $52,575.48 | $54,539.84 | $77,568.64 | $126,995.49 | $49,236.42 | $44,340.39 | $1,650,827.99 |
| Litigation Expense | $5,303.31 | | $2,473.97 | $3,531.06 | $1,523.29 | $5,499.27 | $6,100.91 | | $52,516.58 |
| General and Administrative Expenses | | $154.03 | | | $12,765.47 | | $1,170.00 | $799.00 | $33,061.29 |
| Payment of Administrative Claims | $453,890.02 | | | | | | | | $2,956,082.29 |
| Royalty Payments | | | | | | | | | $194,599.57 |
| Natural Gas Production Taxes | $10,572.41 | | $11,734.76 | $10,075.65 | $9,044.11 | $9,037.91 | $8,658.72 | $7,852.69 | $164,560.42 |
| Lease Operating Expenses | $21,769.91 | | $12,346.83 | $21,599.12 | $20,803.86 | $14,817.26 | $10,989.09 | $15,919.01 | $214,236.62 |
| Annual Property taxes on DeGarza Lease | | | | | | | | | $0.00 |
| Total Uses of Cash | $586,388.75 | $122,533.88 | $1,258,988.39 | $96,245.67 | $121,705.37 | $156,349.93 | $81,030.14 | $70,536.09 | $7,360,852.96 |
| Net Change in Cash | ($340,480.54) | ($5,429.96) | ($916,674.88) | $128,302.04 | $88,689.00 | $54,004.06 | $124,625.71 | $124,164.08 | ($2,561,032.99) |
| Transfer from Wave Energy Inc. | | | | | | | | | $5,876,468.50 |
| Cash Balance - Ending | $3,717,755.46 | $3,712,325.50 | $2,795,650.62 | $2,923,952.66 | $3,012,641.66 | $3,066,645.72 | $3,191,271.43 | $3,315,435.51 | $3,315,435.51 |

ES:  Quarterly Disbursements

| Cash Balances: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Bank of Houston - Trust Checking Account | $696,458.14 | $103,712.58 | $365,131.34 | $196,749.92 | $183,735.08 | $66,030.54 | $129,774.50 | $251,169.06 | |
| Bank of Houston - Trust Money Market Account | $1,232,809.72 | $1,819,145.02 | $1,820,453.21 | $2,121,920.20 | $2,223,375.86 | $2,394,836.18 | $2,456,461.53 | $2,457,990.81 | |
| Bank of Houston - Trust M&M Lien Account | $604,394.45 | $604,695.82 | $605,003.12 | $605,282.54 | $605,530.72 | $605,779.00 | $605,035.40 | $606,275.64 | |
| Bank of Houston - Trust Unknown Royalty Account | $1,184,093.15 | $1,184,772.08 | $5,062.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total Cash Balance | $3,717,755.46 | $3,712,325.50 | $2,795,650.62 | $2,923,952.66 | $3,012,641.66 | $3,066,645.72 | $3,191,271.43 | $3,315,435.51 | |

CASE NAME: Wave Energy Inc.                                                                                      MOR-8

CASE NUMBER: 09-34577-H2-11

## WAVE ENERGY LIQUIDATING TRUST

| BANK NAME | Checking Bank | Money Market Bank | M&M Lien Bank | TOTAL |
|---|---|---|---|---|
| ACCOUNT NUMBER | 4105 | 4121 | 4139 | |
| ACCOUNT TYPE | Checking | Savings | Savings | |
| BANK BALANCE | $167,835.73 | $2,457,990.81 | $606,275.64 | $3,232,102.18 |
| DEPOSIT IN TRANSIT | $83,333.33 | | | $83,333.33 |
| OUTSTANDING CHECKS/OTHER | $0.00 | | | $0.00 |
| ADJUSTED BANK BALANCE | $251,169.06 | $2,457,990.81 | $606,275.64 | $3,315,435.51 |
| BEGINNING CASH - PER BOOKS | $129,774.50 | $2,456,461.53 | $605,035.40 | $3,191,271.43 |
| RECEIPTS | $192,930.65 | $1,529.28 | $240.24 | $194,700.17 |
| TRANSFERS BETWEEN ACCOUNTS | (1,000.00) | | $1,000.00 | $0.00 |
| (WITHDRAWAL)CONTRIBUTION- | | | | $0.00 |
| BY INDIVIDUAL DEBTOR | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS | ($70,536.09) | | | ($70,536.09) |
| ENDING CASH - PER BOOKS | $251,169.06 | $2,457,990.81 | $606,275.64 | $3,315,435.51 |

Note:                                            MOR-8

**Wave Energy Liquidating Trust - Robert E Ogle, Trustee**
Bank of Houston - checking account /  224105
Case Number - 09-34577-H2-11
Federal Id Number = 27-6773885

| Date | Payee | Description | Reference | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 06/30/11 | Snow Fogel Spence LLP | Litigation Expenses | 1133 | $3,136.05 | | $66,030.54 |
| 07/20/11 | Internal Revenue Service | tax penalty - to be rebated | 1134 | $1,170.00 | | $64,860.54 |
| 07/20/11 | US Trustee | 2nd Quarter US Trustee Fee - 2011 | 1135 | $4,875.00 | | $59,985.54 |
| 07/28/11 | Starbase Aviation | Settlement Payment - #4 | deposit | | $5,000.00 | $64,985.54 |
| 07/29/11 | White Oak Operating Co., LLC | Production Revenue - April 2011 | deposit | | $115,440.77 | $180,426.31 |
| 07/29/11 | White Oak Operating Co., LLC | Natural Gas Taxes - April  2011 | deposit | $8,658.72 | | $171,767.59 |
| 07/29/11 | White Oak Operating Co., LLC | Lease Operating Expenses - April 2011 | deposit | $10,989.09 | | $160,778.50 |
| 07/29/11 | White Oak Operating Co., LLC | FCI Swan Production Pymt | deposit | | $83,333.33 | $244,111.83 |
| 07/29/11 | Bank of Houston | transfer to savings | transfer | $60,000.00 | | $184,111.83 |
| 07/30/11 | Compton & Wendler, PC | Tax work | 1136 | $1,088.75 | | $183,023.08 |
| 07/30/11 | Compton & Wendler, PC | Litigation Support work | 1136 | $2,371.25 | | $180,651.83 |
| 07/30/11 | Snow Fogel Spence LLP | Litigation Expenses | 1137 | $6,100.91 | | $174,550.92 |
| 07/30/11 | Thompson & Knight LLP | Legal Services - JUNE 2011 | 1138 | $41,085.92 | | $133,465.00 |
| 07/30/11 | Robert Ogle | Trustee Fee - JUNE  2011 | 1139 | $4,690.50 | | $128,774.50 |
| 07/21/11 | Bank of Houston | transfer | transfer | | $1,000.00 | $129,774.50 |
| 08/02/11 | Bank of Houston | transfer | transfer | $1,000.00 | | $128,774.50 |
| 08/05/11 | Weekend Movers | Move WWX files | 1140 | $150.00 | | $128,624.50 |
| 08/21/11 | CT Corp | Wave Energy annual fee | 1141 | $649.00 | | $127,975.50 |
| 08/21/11 | Compton & Wendler, PC | litigation support | 1142 | $734.58 | | $127,240.92 |
| 08/21/11 | Compton & Wendler, PC | tax advice | 1142 | $130.00 | | $127,110.92 |
| 08/21/11 | Thompson & Knight LLP | Legal Services - July 2011 | 1143 | $34,378.24 | | $92,732.68 |
| 08/21/11 | Snow Fogel Spence LLP | Contingency Fee:  World Aviaton | 1144 | $6,666.67 | | $86,066.01 |
| 08/21/11 | US Trustee | Delinquint Fee | 1145 | $1,625.00 | | $84,441.01 |
| 08/21/11 | Robert E Ogle, Trustee | Trustee Fee - July 2011 | 1146 | $2,430.90 | | $82,010.11 |
| 08/29/11 | Starbase Aviation | Settlement Payment - #5 ( start SF&S) | deposit | | $5,000.00 | $87,010.11 |
| 08/29/11 | White Oak Operating Co., LLC | Production Revenue - June 2011 | deposit | | $104,597.32 | $191,607.43 |
| 08/29/11 | White Oak Operating Co., LLC | Natural Gas Taxes - June  2011 | deposit | $7,852.69 | | $183,754.74 |
| 08/29/11 | White Oak Operating Co., LLC | Lease Operating Expenses - June 2011 | deposit | $15,919.01 | | $167,835.73 |
| 08/24/11 | White Oak Operating Co., LLC | FCI Swan Production Pymt | deposit | | $83,333.33 | $251,169.06 |

### August 2011

| | | Debit | Credit |
|---|---|---|---|
| Transfers | | $1,000.00 | $0.00 |
| Revenue - June 2011 Production | | | $104,597.32 |
| Note Payment - Pete Allen | | | $83,333.33 |
| Settlement - Starbase Aviation | | | $5,000.00 |
| Other Income - Misc. | | | |
| Disbursements / Receipts | | $70,536.09 | $192,930.65 |

**Disbursement break down**

| | | |
|---|---|---|
| Litigation Expenses | | $0.00 |
| Professional Fees | | $41,909.49 |
| Trustee Fees | | $2,430.90 |
| Lease Operating Expenses | | $15,919.01 |
| Natural Gas Tax | | $7,852.69 |
| US Trustee Fees | | $1,625.00 |
| G&A Expense | | $799.00 |
| Working Interests | | |
| | Total | $70,536.09 |
| Total Disbursements | | $71,536.09 |

## Wave Energy Liquidating Trust - Robert E Ogle, Trustee

Bank of Houston - MONEY MARKET account /   224121
Case Number - 09-34577-H2-11
Federal Id Number = 27-6773885

| Date | Payee | Description | Reference | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 12/31/10 | Bank of Houston | Interest Income | credit | | $2,313.45 | $2,139,655.53 |
| 01/05/11 | Bank of Houston | transfer to Trust Operating | transfer | $453,890.02 | | $1,685,765.51 |
| 01/06/11 | Bank of Houston | transfer to Trust Operating | transfer | $453,890.02 | | $1,231,875.49 |
| 01/31/11 | Bank of Houston | Interest Income | credit | | $934.23 | $1,232,809.72 |
| 02/01/11 | Bank of Houston | Transfer from Checking | transfer | | $600,000.00 | $1,832,809.72 |
| 02/25/11 | Bank of Houston | transfer to checking | transfer | $15,000.00 | | $1,817,809.72 |
| 02/28/11 | Bank of Houston | Interest Income | credit | | $1,335.30 | $1,819,145.02 |
| 03/31/11 | Bank of Houston | Interest Income | credit | | $1,308.19 | $1,820,453.21 |
| 04/05/11 | Bank of Houston | Transfer from Checking | transfer | | $300,000.00 | $2,120,453.21 |
| 04/30/11 | Bank of Houston | Interest Income | credit | | $1,466.99 | $2,121,920.20 |
| 05/02/11 | Bank of Houston | Transfer from Checking | transfer | | $100,000.00 | $2,221,920.20 |
| 05/31/11 | Bank of Houston | Interest Income | credit | | $1,455.66 | $2,223,375.86 |
| 06/30/11 | Bank of Houston | Transfer from Checking | transfer | | $170,000.00 | $2,393,375.86 |
| 06/30/11 | Bank of Houston | Interest Income | credit | | $1,460.32 | $2,394,836.18 |
| 07/29/11 | Bank of Houston | transfer to savings | transfer | | $60,000.00 | $2,454,836.18 |
| 07/30/11 | Bank of Houston | Interest Income | credit | | $1,625.35 | $2,456,461.53 |
| 07/13/11 | Bank of Houston | transfer to savings | transfer | $1,000.00 | $1,000.00 | $2,456,461.53 |
| 08/31/11 | Bank of Houston | Interest Income | credit | | $1,529.28 | $2,457,990.81 |

## Wave Energy Liquidating Trust - Robert E Ogle, Trustee

Bank of Houston - M&M LIEN  account /   224139
Case Number - 09-34577-H2-11
Federal Id Number = 27-6773885

| Date | Payee | Description | Reference | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 09/08/10 | Wave Energy Inc. | transfer to Trust | Transfer | | $602,777.61 | $602,777.61 |
| 09/30/10 | Bank of Houston | Interest Income | credit | | $284.87 | $603,062.48 |
| 10/31/10 | Bank of Houston | Interest Income | credit | | $342.84 | $603,405.32 |
| 11/30/10 | Bank of Houston | Interest Income | credit | | $322.36 | $603,727.68 |
| 12/31/10 | Bank of Houston | Interest Income | credit | | $333.29 | $604,060.97 |
| 01/31/11 | Bank of Houston | Interest Income | credit | | $333.48 | $604,394.45 |
| 02/28/11 | Bank of Houston | Interest Income | credit | | $301.37 | $604,695.82 |
| 03/31/11 | Bank of Houston | Interest Income | credit | | $307.30 | $605,003.12 |
| 04/01/40 | Bank of Houston | Interest Income | credit | | $279.42 | $605,282.54 |
| 05/31/11 | Bank of Houston | Interest Income | credit | | $248.18 | $605,530.72 |
| 06/30/11 | Bank of Houston | Interest Income | credit | | $248.28 | $605,779.00 |
| 07/31/11 | Bank of Houston | Interest Income | credit | | $256.40 | $606,035.40 |
| 07/13/11 | Bank of Houston | Transfer | transfer | $1,000.00 | | $605,035.40 |
| 08/02/11 | Bank of Houston | Transfer | transfer | | 1,000.00 | $606,035.40 |
| 08/31/11 | Bank of Houston | Interest Income | credit | | 240.24 | $606,275.64 |

**CASE NAME: Wave Energy Inc.**  MOR-9
( including Wave Energy Liquidating Trust in September 2010 )

## PAYMENT TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g, salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | Jan 2011 | Feb 2011 | Mar 2011 | APR 2011 | MAY 2011 | JUNE 2011 | JULY 2011 | AUGUST 2011 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1. Jeffrey S Rand | | | | | | | | | $ 10,000 |
| 2. | | | | | | | | | - |
| TOTAL INSIDERS (MOR-1) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 10,000 |

| PROFESSIONALS NAME/ORDER DATE | Jan 2011 | Feb 2011 | Mar 2011 | APR 2011 | MAY 2011 | JUNE 2011 | JULY 2011 | AUGUST 2011 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1. Thompson & Knight | 55,261 | 42,861 | 30,216 | 48,601 | 37,251 | 106,661 | 41,086 | 34,378 | $2,655,249 |
| 2. Robert E Ogle CPA | 453,890 | 60,858 | 17,592 | 3,676 | 37,770 | 6,539 | 4,691 | 2,431 | 765,234 |
| 3. Hunton & Williams | | | | | | | | | 116,018 |
| 4. Barnett Skelton - Interpleader (Magnus deduct) | | | | | | | | | 80,743 |
| 5. Porter & Hedges, Contingency Fee, DeGuerrin | | | | | | | | | 1,168,665 |
| 6. Compton & Wendler | 29,192 | 11,582 | 4,767 | 2,263 | 2,548 | 16,159 | 3,460 | 865 | 276,729 |
| 7. Mock, Swabe, Oklahoma City | | | | | | | | | 8,231 |
| 8. Snow, Fogel & Spence, LLC | 5,303 | 7,079 | 2,474 | 3,531 | 1,523 | 3,136 | 6,101 | 6,667 | 482,239 |
| 9. | | | | | | | | | - |
| 10. | | | | | | | | | - |
| 11. | | | | | | | | | - |
| 12. | | | | | | | | | - |
| 13. | | | | | | | | | - |
| | | | | | | | | | - |
| TOTAL PROFESSIONALS (MOR-1) | $543,646 | $122,380 | $ 55,049 | $ 58,071 | $ 79,092 | $132,495 | $ 55,337 | $ 44,340 | $5,553,108 |

Activity for the period prior to December 2010 are not shown on this schedule for presentation purposes

MOR-9

# Wave Energy Inc.
White Oak Operating Company LLC
Lease Revenue and Operation Summary - June 2011

| Well | Prod. Mo. | Unit Price | NRI | (mcf) Gross Volume | (mcf) Net Volume | Gross Value | Net Value | State Tax | Net check | Net Out | Net Check |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WI % | | | | | | | | | | | |
| Degarza #1 | 6/11 6/11 | | 0.233007185 | 81,047.00 | 18,884.53 | $292,901.59 | $68,248.17 | $5,123.42 | $63,124.75 | ($8,177.01) | $54,947.74 |
| WI % | | | | | | | | | | | |
| Degarza #2 | 6/11 6/11 | | 0.181250000 | 14,965.00 | 2,172.41 | $54,094.37 | $9,804.60 | $736.15 | $9,068.45 | ($3,497.78) | $5,570.67 |
| WI % | | | | | | | | | | | |
| Degarza #3 | 6/11 6/11 | | 0.158046875 | 46,685.00 | 7,378.42 | $167,953.64 | $26,544.55 | $1,993.12 | $24,551.43 | ($4,244.22) | $20,307.21 |
| | | | | 142,697 | $28,435.36 | $514,949.60 | $104,597.32 | $7,852.69 | $96,744.63 | ($15,919.01) | $80,825.62 |

100%

**Summary:**

| | |
|---|---|
| Net Revenue | $104,597.32 |
| State Gas Tax | $7,852.69 |
| Lease Operating Exp. | $15,919.01 |
| Cash | $80,825.62 |

| Company Labor | Maint. & Repairs | Contract Pumper | Salt Water Disposal | Chemical Treatment | Utilitiies | Metering | Legal, Regulatory Land | Transport | Insurance | COPAS Overhead | Unknown Royalty Owners payback | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.2619775 | | 0.2919775 | 0.2619775 | 0.2619775 | 0.2619775 | 0.2619775 | 0.2619775 | 0.2619775 | 0.2619775 | 0.2619775 | 0.2619775 | |
| | | 0.0300000 | | | | | | | | | | |
| | | | | | | | | | | | | $0.00 |
| $94.28 | | | $1,209.72 | $2,713.96 | | $219.12 | | $37.74 | $193.00 | $325.18 | $3,384.01 | $8,177.01 |
| | | | | | | | | | | | | $8,177.01 |
| | | | | | | | | | | | | |
| 0.2156250 | | 0.2331250 | | | | | | | | | | |
| | | 0.0175000 | | | | | | | | | | |
| $77.60 | | | $165.95 | $2,245.73 | | $100.55 | | $31.07 | $158.84 | $267.64 | $450.40 | $3,497.78 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $3,497.78 |
| | | | | | | | | | | | | |
| 0.1781250 | | 0.1956250 | | | | | | | | | | |
| | | 0.0175000 | | | | | | | | | | |
| $64.11 | $337.44 | | $411.26 | $1,845.28 | | $74.50 | | $25.66 | $131.22 | $221.10 | $1,133.65 | $4,244.22 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $4,244.22 |
| $235.99 | | $0.00 | $1,786.93 | $6,804.97 | $0.00 | $394.17 | $0.00 | $94.47 | $483.06 | $813.92 | $4,968.06 | $15,919.01 |
| $900.80 | | $0.00 | $6,820.93 | $25,975.40 | $0.00 | $1,504.59 | $0.00 | $360.60 | $1,843.90 | $3,106.83 | $18,963.69 | $59,476.75 |