

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/04/2011

| | | |
|---|---|---|
| IN RE: | § | |
| WAVE ENERGY, INC., | § | BANKRUPTCY CASE NO. 09-34577 |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| STOKES & SPIEHLER ONSHORE, INC., | § § § | |
| Appellant, | § § | |
| v. | § | CIVIL ACTION NO. H-11-0287 |
| ROBERT E. OGLE, | § § § | |
| Appellee. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order of today, the Final Order Sustaining Objection to Claim of Stokes & Spiehler Onshore, Inc. (Docket Entry No. 2-34) of the Bankruptcy Court entered on January 7, 2011, is **AFFIRMED**.

Costs are taxed against appellant, Stokes & Spiehler Onshore, Inc.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 30th day of September, 2011.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

United States Bankruptcy Court
Southern District of Texas

In re:                                                                Case No. 09-34577-kkb
Wave Energy, Inc.                                                     Chapter 11
Allen Holding Company, Inc.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4          User: dhan              Page 1 of 3           Date Rcvd: Oct 04, 2011
                              Form ID: pdf002         Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2011.

```
db         +Wave Energy, Inc.,    5555 San Felipe,    Suite 1130,    Houston, TX 77056-2798
aty        +Charles Stewart Wuest,    Currin Wuest et al,    1214A Stonehollow Dr,    Kingwood, TX 77339-1778
aty        +G Blaine Schwabe, III,    Mock Schwabe Waldo etal,    211 N Robinson,   14th Flr,
             Oklahoma City, OK 73102-7121
aty        +Grant P Harpold,    Vincent Lopez Serafino Jenevein, P.C.,    2 Riverway,   Ste 1020,
             Houston, TX 77056-2039
aty        +Kutak Rock,    Stuart C. Hindmarsh,    234 East Millsap Rd, Suite 400,
             Fayetteville, AR 72703-4099
aty        +Munsch Hardt Kopf & Harr, P.C.,    Bank of America Center,    700 Louisiana Street, Suite 4600,
             Houston, TX 77002-2845
aty        +Richard B Hemingway,    5151 San Felipe Rd Ste 980,    Houston, TX 77056-3727
aty        +Richard L. Fuqua,    2777 Allen Parkway #480,    Houston, TX 77019-2162
cr         +Aerobus International,    Adair & Myers, PLLC,    3120 Southwest Freeway,   Suite 320,
             Houston, TX 77098-4511,    U.S.
intp       +Arthur Knolle,    P.O. Box 423,    Valdez, AK 99686-0423
cr          Baker Petrolite Corporation,    Christopher J Ryan,    Baker Hughes Incorporated,   PO Box 4740,
             Houston, TX  77210-4740
cr         +Basic Energy Services, LP,    c/o Jason West,    West Allen Law Firm, PC,   211 N. Center Street,
             Longview, TX 75601-7221
cr         +Brett Oil Company,    c/o Harry P. Gamble, IV,    7670 Woodway,   Suite 360,
             Houston, TX 77063-6500
intp       +Bueno Investments, LLC,    c/o Benjamin Vanecek,    7500 Viscount Blvd.,   Suite 202,
             El Paso, TX 79925-5634
intp       +Carl Martin,    16 65th Place,    Long Beach, CA 90803-5626
intp       +Carolyn Langenwalter,    7373 East 29th N.,    Unit #V204,   Wichita, KS 67226-3410
intp       +Charles Davis,    P. O. Box 1029,    Wharton, TX 77488-1029
acc        +Compton & Wendler, P.C.,    909 Fannin Street,    Suite 3150,   Houston, TX 77010-1033
cr          Comptroller of Public Accounts,    c/o Office of the Attorney General,
             Bankruptcy - Collections Division,    PO Box 12548,    Austin, TX  78711-2548
cr         +Delta Seaboard,    c/o Robert Derrick, President,    1212 W. Sam Houston Pkwy N,
             Houston, TX 77043-4009
intp       +Ellen Randall,    25 Briar Hollow Lan,    Suite 2580,   Houston, TX 77027-9301
cr         +Frank Stark,    P O Box 698,    Carnation, WA 98014-0698
intp       +Frank's Casing Crew and Rental Tools, Inc.,    Franks International, Inc.,
             10260 Westheimer Road, Suite 700,    Houston, TX 77042-3107
sp         +Gaston, Hemingway & Thanheiser, PC,    5151 San Felipe Rd Ste 980,    Houston, TX 77056-3727
intp       +Gordon Williford,    3300 Wheeler Road,    Atlanta, GA 30909-3105
cr         +Harry P Gamble, IV,    c/o SJ Taylor,    3 Riverway, Suite 1800,    Houston, TX 77056-1969,   US
ptcrd      +Harvey Rosen,    1640 S. Sepulveda Blvd.,    Suite 308,   Los Angeles, CA 90025-7536
intp       +Hugh Putnam,    4220 Courtney Ave. N.E.,    Albuquerque, NM 87108-1112
cr         +James A Whitson, Jr.,    7660 Woodway, Suite 312,    Houston, TX 77063-1532
op         +Janet Northrup,    HughesAskanaseWatters, LLP,    333 Clay Street, 29th Floor,
             Houston, TX 77002-2571
ptcrd      +John Lynch,    1640 S. Sepulveda Blvd.,    Suite 308,   Los Angeles, CA 90025-7536
ptcrd      +Joseph Rosen,    1640 S. Sepulveda Blvd.,    Sutie 308,   Los Angeles, CA 90025-7510
cr         +Larry Drummond d/b/a Drummond and Associates,    Drummond & Associates,
             11767 Katy Freeway, Suite 1000,    Houston, TX 77079-1729,    US
ptcrd      +Larus Capital Partners LLC,    Joseph Rosen,    1640 S. Sepulveda Blvd.,   Suite 308,
             Los Angeles, CA 90025-7536
cr         +Liner Tools LC,    c/o David Dickinson,    P.O. Box 801619,    Houston, TX 77280-1619
intp       +Magnus Energy Marketing, Ltd.,    c/o Barnet B. Skelton, Jr.,    1111 Bagby,   47th Floor,
             Houston, TX 77002-2548
intp       +Martiniano and Paula V. de Garza Family Trust, Vio,    C/O Eric M. English,   King & Spalding LLP,
             1100 Louisiana,    Suite 4000,    Houston, TX 77002-5213
cr         +Mejia & Ruiz Land Surveyors, LLC,    c/o Richard E. Haynes, II,    6909 Springfield Ave., Ste. 200,
             Laredo, tx 78041-2325
intp       +Nickelson Wildcat, LLC,    1701 Highway A-1-A, Suite 218,    Vero Beach, FL 32963-2250
intp        Philliber Directional Drilling, Inc.,    231 Rousseau Road,    Youngsville, LA 70592-5252
cr         +Professional Wireline Rentals, LLC,    c/o Jack Rettig,    1016 N. Cruise Ave.,
             Broussard, LA 70518-5749
ptcrd      +Rand Energy Company,    Jason R. Searcy, President,    P. O. Box 3929,   Longview, TX 75606-3929
cr         +Ronald J Sommers,    Nathan Sommers Jacobs,    2800 Post Oak Blvd,   Suite 6100,
             Houston, TX 77056-6266,    U.S.A.
ptcrd      +Ropar III, LLC,    Joseph Rosen,    1640 S. Sepulveda Blvd.,    Suite 308,
             Los Angeles, CA 90025-7536
ptcrd      +Ryan Lynch,    1640 S. Sepulveda Blvd.,    Suite 308,   Los Angeles, CA 90025-7536
cr         +Scorpion Exploration and Production, Inc.,    P.O. Box 643,    Benavides, TX 78341-0643
wit        +Sheiness Scott Grossman & Cohn,    1001 McKinney St.,    Suite 1400,   Houston, TX 77002-6323
intp       +Soulwind Holdings, LLC,    1036 Garland Avenue,    San Jose, CA 95126-3112
intp       +South Fandango, LLC,    c/o Jeff S. Rand,    5555 San Felipe,    Suite 1130,
             Houston, TX 77056-2798
cr         +The Mims Heirs,    c/o Law Offices of Matthew Hoffman, p.c.,    2777 Allen Parkway, Suite 1000,
             Houston, TX 77019-2165
```

```
District/off: 0541-4          User: dhan            Page 2 of 3           Date Rcvd: Oct 04, 2011
                              Form ID: pdf002       Total Noticed: 63

 intp         +The True Companies,    c/o H. Joseph Acosta,    Looper Reed & McGraw, P.C.,    1601 Elm Street,
               Suite 4100,   Dallas, TX 75201-7274
 cr           +Thomas Petroleum, LLC,    Anderson Smith Null & Stofer,    Richard T. Chapman,    P.O. Box 1969,
               Victoria, TX 77902-1969
 intp         +Toolpushers Supply Company,     c/o Micheal W. Bishop, Esq.,    Looper Reed & McGraw, P.C.,
               1601 Elm Street,    Suite 4100,   Dallas, TX 75201-7274
 cr           +UHY Advisors TX, LLC,    c/o John Youens,    12 Greenway Plaza,   Ste 200,    Houston, TX 77046-1217
 cr           +Ursa Resources, LLC,    c/o James E. Cuellar,    440 Louisiana, Suite 718,    Houston, TX 77002-1637
 cr           +Valhalla Energy, L.P.,    c/o James E. Cuellar,    440 Louisiana, Suite 718,
               Houston, TX 77002-1637
 wit          +WWXploration, LLC,    D. Miller & Associates,    10565 Katy Freeway #400,    Houston, TX 77024-1011
 cr           +Weatherford International, Inc.,    Dore  & Associates, Attorneys, P.C.,
               17171 Park Row, Suite 350,    Houston, TX 77084-4995
 intp         +William Banks,   33912 Granada Drive,    Dana Point, CA 92629-2253
 intp          Yazoo RGV, Inc.,    The John Benton Law Firm,    440 Louisiana Street,    Suite 900,
               Houston, TX  77002-4205,    U.S.A.
 cr           +c/o Carl Dore', Jr. Key Energy Services, Inc.,    c/o Carl Dore', Jr.,    17171 Park Row, Suite 350,
               Houston, TX 77084-4995
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 tr           +E-mail/Text: robert.ogle.cpa@gmail.com Oct 05 2011 00:06:22     Robert E Ogle,
               2615 Arbuckle Street,    Houston, TX 77005-3929
 cr            E-mail/Text: houston_bankruptcy@LGBS.com Oct 05 2011 00:08:34      Harris County et al,
                Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    PO Box 3064,
               Houston, Tx  77253-3064
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty          Hunton & Williams LLP
 aty          Porter & Hedges, L.L.P.
 dft          Allen Holding Company, Inc.
 cr           BJ Services Company, USA
 cr           BOBBIE J. NEUBERT, BETTIE J. MCLANE, R&N ASSOCIATE
 cr           Baker Hughes Oilfield Operations, Inc. d/b/a Baker
 cr           Bank of Arkansas
 intp         Bettie J. McLane, Bobbie J. Neubert, R&N Associate
 dft          Delbert "Pete" Allen, Jr.
 intp         Evaristo Gutierrez
 cr           FCI Swan Resources, Inc.
 dft          FCI Swan Resources, LLP
 intp         Grand Che Che's, LLC
 cr           Grey Wolf Drilling Company, LP
 cr           KW International
 cr           KayMont Energy Partners, LLC
 sp           Mock, Schwabe, Waldo, Elder, Reeves & Bryant, PLLC
 cr           Nabors Well Services, Ltd.
 cr           Nicolina, LLC
 cr           PCI Swan Resources, LLP
 cr           Paigers Exploration LLC
 intp         Petroleum Engineers, Inc.
 cr           Premium Valve Services, LLC
 intp         Ronald J Sommers
 cr           Smith International, Inc.
 cr           Steve Dodson
 intp         Stokes & Spiehler Onshore, Inc.
 cr           Texas Comptroller of Public Accounts
 cr           Tower Associates
 cr           Unilev Management Corporation
 cr           Wireline Control Systems, Inc.
 cr           Zapata County
 cd*         +Magnus Energy Marketing, Ltd.,    c/o Barnet B. Skelton, Jr.,    1111 Bagby,    47th Floor,
               Houston, TX 77002-2548
                                                                                               TOTALS: 32, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0541-4           User: dhan              Page 3 of 3                Date Rcvd: Oct 04, 2011
                               Form ID: pdf002        Total Noticed: 63
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2011**                                 **Signature:**   _Joseph Speetjens_